NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEONNE R. NEW-HOWARD,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2013-3180

---

Petition for review of the Merit Systems Protection Board in No. PH0752070319-M-1.

---

**ON MOTION**

---

**O R D E R**

Deonne R. New-Howard moves for an extension of time to file her principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. New-Howard's principal brief is due within 30 days of the date of this order.

2                                    NEW-HOWARD v. DVA

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s27